[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION (MOTION FOR PERMISSION TO WITHDRAW APPEARANCE ASPETITIONER'S COURT-APPOINTED COUNSEL)
The public defender appointed to represent the petitioner in an application for a writ of habeas corpus has moved to withdraw as counsel, on the ground that there are no non-frivolous arguments in support of the petitioner's claim.
The United States Supreme Court in Anders v. California,386 U.S. 738 (1967), and the Connecticut Supreme Court in Fredericksv. Reincke, 152 Conn. 501 (1965) and State v. Pascucci,161 Conn. 882 (1971), established the procedure to be followed in cases where appointed counsel concludes that an appeal would be wholly frivolous. If after conscientious examination of the case counsel finds that case is wholly frivolous, counsel must advise the court and request permission to withdraw. Such request must "be accompanied by a brief referring to anything that might arguably support the appeal" Pascucci, 161 Conn. At 385. A copy of the report must be furnished to the indigent client and time allowed for petitioner to raise any points in opposition to the motion. Id. This procedure is mandated by "[t]he constitutional requirement of substantial equality and fair process." Anders,386 U.S. at 744. To date, the petitioner has not responded, although the time indicated has passed.
The Court, not counsel, bears the responsibility of determining whether the case is wholly frivolous. The court must make a full examination of all the proceedings before making that decision. Anders, supra; Pascucci, supra.
The court in Anders, supra, articulated the standard by which requests to withdraw are to be judged. A conclusion that the habeas petition is unlikely to be granted, or even that it lacks merit, is insufficient. If any legal point is arguable on its merits, the petition is not frivolous, and counsel may not be permitted to withdraw. Anders, 386 U.S. at 744. The Connecticut Supreme Court has adopted this standard for motions to withdraw on appeal. Pascucci, 162 Conn. at 385-86. CT Page 4716
The United States Supreme Court has held that the Anders
procedure is not required by the federal constitution when counsel seeks to withdraw from a habeas corpus case. Pennsylvaniav. Finley, 481 U.S. 551 (1987). The Connecticut Supreme Court has not decided the issue, but the Appellate Court, in Franko v.Bronson, 19 Conn. App. 686 (1989), held that Anders was applicable to appeals arising from habeas corpus cases.
The Court has reviewed the following:
1. The Habeas Corpus file;
 2. Attorney Gustafson Radoff's Motion to Withdraw and accompanying "Anders" brief [Anders v. California, 386 U.S. 738 (1967)];
 3. The mittimus sheets for each of Petitioner's three convictions (Appendices A, B C); and
 4. Petitioner's sentencing time sheet from the Department of Corrections, (DOC). (Appendix D).
There appear to be no non-frivolous claims in this case, as indicated by Attorney Gustafson Radoff's motion and brief. Petitioner pleaded guilty in three separate files, receiving a total effective sentence of 10 years to serve. That sentence isexactly what petitioner bargained for. It is also the sentence that he says he was supposed to receive.
Petitioner claims in his Writ that the Department of Corrections has calculated his sentence at 17 years. This is simply not correct. The DOC time sheet for this petitioner shows that his sentence is 10 years, not 17 as petitioner claims. It shows his start date as 11/05/1991; and his release date as 11/4/2001. It also shows his sentence as "10Y". (Appendix D).
The next issue raised by petitioner is a request for sentence modification under CGS § 53a-39. The Habeas Court has no jurisdiction to rule on this motion. A motion to modify a sentence over three years must be directed to the Sentencing Court or Judge. The Habeas Court is not the Sentencing Court, nor is it the Sentencing Judge.
Motion to withdraw as counsel is GRANTED.
CT Page 4717
It is further ordered that petitioner's Writ of Habeas Corpus is DISMISSED, since there is absolutely no basis upon which petitioner could proceed. PB § 529U. His sentence is exactly
what he claims it should be, viz: 10 years. As to his request for sentence modification, the Habeas Court has no jurisdiction to entertain that request.
SO ORDERED,
Hon. Jonathan J. Kaplan Superior Court Judge
MITTIMUS JD-CR-38 Rev. 3-91 STATE OF CONNECTICUT APPENDIX A
C.G.S. § 18-23, 18-63, SUPERIOR COURT 7-23-9118-65, 18-65a, 18-73, 18-76, 9-25-916418-82, 54-2a, 54-64b, TO CLERK CR L-1854-92a, 54-96b, 54-97, Prepare a separate Mittimus for each file.54-98 TO OFFICER [X] JUDGMENT Original to receiving facility; return copy to court
[ ] CONTINUANCE
[ ] FAILURE TO MEET CONDITIONS _____________________ OF RELEASE UNDER 54-2a. | DATE OF DISPOSITION |
TO: Any Proper Officer | 11-05-91 _____________________________________________________|_____________________ DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN | | | (if different) CR-85195 | Martinez, Andre | 4-06-70 | ___________|___________________|_______________|___________________________ NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
BCC | GA-1 _________________________________________|_________________________________ [X] CRIME(S) | FIRST | DATE OF | SECOND | DATE OF | THIRD | DATE OF CONVICTED | COUNT- | OFFENSE | COUNT- | OFFENSE | COUNT- | OFFENSE | STATUTE | | STATUTE | | STATUTE | | NO. | | NO. | | NO. | | | | | | | | 53a-32 | 5-31-91 | | | | |_________|_________|_________|_________|_________|_________ CT Page 4718 [ ] CRIME(S) | FOURTH | DATE OF | FIFTH | DATE OF | SIXTH | DATE OF CHARGED | COUNT- | OFFENSE | COUNT- | OFFENSE | COUNT- | OFFENSE | STATUTE | | STATUTE | | STATUTE | | NO. | | NO. | | NO. | | | | | | | ______________|_________|_________|_________|_________|_________|_________ |
| Whereas by a judgment of said court, said defendant was | convicted of the above crime(s) and sentenced to imprisonment | as follows: |_________________________________________________________________ | COUNTS AND TERMS (If execution of portion of | | sentence is suspended, show only time to be | | served) | TOTAL
|___________________________________________________| EFFECTIVE
| First | Second | Third | Fourth | Fifth | Sixth | SENTENCE
|_________|________|_______|________|_______|_______|_____________ | 7 years | | | | | | 7 years |_________|________|_______|________|_______|_______|_____________ | SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE | CONSECUTIVE AND IF PROBATION WAS ORDERED |JUDGMENT |MITTIMUS | Total effective 10 years |
| (If a person under the age of 21 receives a reformatory sentence | in accordance with section 18-65a or 18-73 of the General | Statutes, in no event shall the term be longer than either the | maximum term of imprisonment for the crime(s) committed or for | a term of more than five (5) years.) |_________________________________________________________________ | And said defendant pay to the State of Connecticut the amount | of fines and costs now unpaid as shown below and be committed | to the above facility in default of payment of said fines. (A | defendant may not be incarcerated for failing to pay fees or | costs.) |_________________________________________________________________ | COUNTS AND FINES (Show only unpaid portion of | | fines and costs) | TOTAL
|________________________________________________________| UNPAID
| First | Second | Third | Fourth | Fifth | Sixth | Cost | BALANCE
|_______|________|_______|________|_______|_______|______|________ | | | | | | | | |_______|________|_______|________|_______|_______|______|________ | The Defendant is entitled to sentence credit of _____ days.
CT Page 4719 ___________________________________________________________________________ | Whereas it is ordered that said case be continued and/or TRANSFER | transferred for future proceedings before said court. OR |_________________________________________________________________ CONTIN. | TO BE HELD AT (Name and J.D. | ON (Date) | SURETY BOND | address of court) G.A. | | AMOUNT _________|_____________________________________|___________________________ | BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby | commanded to deliver said defendant to the custody of the | Commissioner of Correction and/or the Warden or Administrator | at the above facility and said Commissioner and/or Warden | or Administrator is hereby commanded to receive and keep said ORDER | defendant for the period fixed by said order or judgment of the | court or until legally discharged. |_________________________________________________________________ | SIGNED | | DATE SIGNED | RECEIVING FACILITY
| (Assistant | | | TIME STAMP
| Clerk) | By Order of | | | | the Court | 11-05-91 | _________|____________|________________|_____________| ACKNOWLEDGEMENT OF DELIVERY OF DEFENDANT | |
delivered said defendant into the custody of the | Commissioner of Correction and/or his agent and | left this mittimus with him. | _____________________________________________________| NAME AND LOCATION OF RECEIVING FACILITY | _____________________________________________________|_____________________ TITLE OF DELIVERING | SIGNATURE OF DELIVERING | SIGNATURE OF OFFICER | OFFICER | RECEIVING OFFICER ____________________|________________________________|_____________________
MITTIMUS JD-CR-38 Rev. 3-91 STATE OF CONNECTICUT APPENDIX B
C.G.S. § 18-23, 18-63, SUPERIOR COURT18-65, 18-65a, 18-73, 18-76,18-82, 54-2a, 54-64b, TO CLERK54-92a, 54-96b, 54-97, Prepare a separate Mittimus for each file.54-98 TO OFFICER
[X] JUDGMENT Original to receiving facility; return copy to court
[ ] CONTINUANCE
[ ] FAILURE TO MEET CONDITIONS _____________________ OF RELEASE UNDER 54-2a. | DATE OF DISPOSITION CT Page 4720 |
TO: Any Proper Officer | 11-05-91 _____________________________________________________|_____________________ DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN | | | (if different) CR-89656 | Martinez, Andre | 4-06-70 | ___________|___________________|_______________|___________________________ NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
BCC | GA-1 _________________________________________|_________________________________ [X] CRIME(S) | FIRST | DATE OF | SECOND | DATE OF | THIRD | DATE OF CONVICTED | COUNT- | OFFENSE | COUNT- | OFFENSE | COUNT- | OFFENSE | STATUTE | | STATUTE | | STATUTE | | NO. | | NO. | | NO. | | | | | | | | 53a-49 | | | | | | 53a-103a| 7-22-91 | | | | |_________|_________|_________|_________|_________|_________ [ ] CRIME(S) | FOURTH | DATE OF | FIFTH | DATE OF | SIXTH | DATE OF CHARGED | COUNT- | OFFENSE | COUNT- | OFFENSE | COUNT- | OFFENSE | STATUTE | | STATUTE | | STATUTE | | NO. | | NO. | | NO. | | | | | | | ______________|_________|_________|_________|_________|_________|_________ |
| Whereas by a judgment of said court, said defendant was | convicted of the above crime(s) and sentenced to imprisonment | as follows: |_________________________________________________________________ | COUNTS AND TERMS (If execution of portion of | | sentence is suspended, show only time to be | | served) | TOTAL
|___________________________________________________| EFFECTIVE
| First | Second | Third | Fourth | Fifth | Sixth | SENTENCE
|_________|________|_______|________|_______|_______|_____________ | 5 years | | | | | | |_________|________|_______|________|_______|_______|_____________ | SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE | CONSECUTIVE AND IF PROBATION WAS ORDERED. |JUDGMENT | Concurrent w/CR-85195MITTIMUS | Total Effective Sentence 10 years |
| (If a person under the age of 21 receives a reformatory sentenceCT Page 4721 | in accordance with section 18-65a or 18-73 of the General | Statutes, in no event shall the term be longer than either the | maximum term of imprisonment for the crime(s) committed or for | a term of more than five (5) years.) |_________________________________________________________________ | And said defendant pay to the State of Connecticut the amount | of fines and costs now unpaid as shown below and be committed | to the above facility in default of payment of said fines. (A | defendant may not be incarcerated for failing to pay fees or | costs.) |_________________________________________________________________ | COUNTS AND FINES (Show only unpaid portion of | | fines and costs) | TOTAL
|________________________________________________________ UNPAID
| First | Second | Third | Fourth | Fifth | Sixth | Cost | BALANCE
|_______|________|_______|________|_______|_______|______|________ | | | | | | | | |_______|________|_______|________|_______|_______|______|________ | The Defendant is entitled to sentence credit of _____ days.
_________|_________________________________________________________________ | Whereas it is ordered that said case be continued and/or TRANSFER | transferred for future proceedings before said court. OR |_________________________________________________________________ CONTIN. | TO BE HELD AT (Name and J.D. | ON (Date) | SURETY BOND | address of court) G.A. | | AMOUNT _________|_____________________________________|___________________________ | BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby | commanded to deliver said defendant to the custody of the | Commissioner of Correction and/or the Warden or Administrator | at the above facility and said Commissioner and/or Warden | or Administrator is hereby commanded to receive and keep said ORDER | defendant for the period fixed by said order or judgment of the | court or until legally discharged. |_________________________________________________________________ | SIGNED | DATE SIGNED | RECEIVING FACILITY
| (Assistant | | TIME STAMP
| Clerk) By Order of | | | the Court | 11-05-91 | _________|_____________________________|_____________| ACKNOWLEDGEMENT OF DELIVERY OF DEFENDANT | |
delivered said defendant into the custody of the | Commissioner of Correction and/or his agent and | left this mittimus with him. | _____________________________________________________| CT Page 4722 NAME AND LOCATION OF RECEIVING FACILITY | _____________________________________________________|_____________________ TITLE OF DELIVERING | SIGNATURE OF DELIVERING | SIGNATURE OF OFFICER | OFFICER | RECEIVING OFFICER ____________________|________________________________|_____________________
MITTIMUS JD-CR-38 Rev. 3-91 STATE OF CONNECTICUT APPENDIX C
C.G.S. § 18-23, 18-63, SUPERIOR COURT18-65, 18-65a, 18-73, 18-76,18-82, 54-2a, 54-64b, TO CLERK54-92a, 54-96b, 54-97, Prepare a separate Mittimus for each file.54-98 TO OFFICER
[X] JUDGMENT Original to receiving facility; return copy to court
[ ] CONTINUANCE
[ ] FAILURE TO MEET CONDITIONS _____________________ OF RELEASE UNDER 54-2a. | DATE OF DISPOSITION |
TO: Any Proper Officer | 11-05-91 _____________________________________________________|_____________________ DOCKET NO. | NAME OF DEFENDANT | DATE OF BIRTH | DATE SENTENCE TO BEGIN | | | (if different) CR-90898 | Martinez, Andre | 4-06-70 | ___________|___________________|_______________|___________________________ NAME AND LOCATION OF RECEIVING FACILITY | NAME AND LOCATION OF COURT |
BCC | GA-1 _________________________________________|_________________________________ [X] CRIME(S) | FIRST | DATE OF | SECOND | DATE OF | THIRD | DATE OF CONVICTED | COUNT- | OFFENSE | COUNT- | OFFENSE | COUNT- | OFFENSE | STATUTE | | STATUTE | | STATUTE | | NO. | | NO. | | NO. | | | | | | | | 53a-124 | 11-05-91 | | | | |_________|_________|_________|_________|_________|_________ [ ] CRIME(S) | FOURTH | DATE OF | FIFTH | DATE OF | SIXTH | DATE OF CHARGED | COUNT- | OFFENSE | COUNT- | OFFENSE | COUNT- | OFFENSE | STATUTE | | STATUTE | | STATUTE | | NO. | | NO. | | NO. | | | | | | | ______________|_________|_________|_________|_________|_________|_________ |
| Whereas by a judgment of said court, said defendant was CT Page 4723 | convicted of the above crime(s) and sentenced to imprisonment | as follows: |_________________________________________________________________ | COUNTS AND TERMS (If execution of portion of | | sentence is suspended, show only time to be | | served) | TOTAL
|___________________________________________________| EFFECTIVE
| First | Second | Third | Fourth | Fifth | Sixth | SENTENCE
|_________|________|_______|________|_______|_______|_____________ | 5 years | | | | | | 5 years |_________|________|_______|________|_______|_______|_____________ | SPECIFY HERE ANY PERTINENT CONDITIONS, IF SENTENCES ARE | CONSECUTIVE AND IF PROBATION WAS ORDERED. |JUDGMENT | Consecutive to CR-89656MITTIMUS | Total effective Sentence 10 years |
| (If a person under the age of 21 receives a reformatory sentence | in accordance with section 18-65a or 18-73 of the General | Statutes, in no event shall the term be longer than either the | maximum term of imprisonment for the crime(s) committed or for | a term of more than five (5) years.) |_________________________________________________________________ | And said defendant pay to the State of Connecticut the amount | of fines and costs now unpaid as shown below and be committed | to the above facility in default of payment of said fines. (A | defendant may not be incarcerated for failing to pay fees or | costs.) |_________________________________________________________________ | COUNTS AND FINES (Show only unpaid portion of | | fines and costs) | TOTAL
|________________________________________________________| UNPAID
| First | Second | Third | Fourth | Fifth | Sixth | Cost | BALANCE
|_______|________|_______|________|_______|_______|______|________ | | | | | | | | |_______|________|_______|________|_______|_______|______|________ | The Defendant is entitled to sentence credit of _____ days.
_________|_________________________________________________________________ | Whereas it is ordered that said case be continued and/or TRANSFER | transferred for future proceedings before said court. OR |_________________________________________________________________ CONTIN. | TO BE HELD AT (Name and J.D. | ON (Date) | SURETY BOND | address of court) G.A. | | AMOUNT _________|_____________________________________|____________|______________ | BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby CT Page 4724 | commanded to deliver said defendant to the custody of the | Commissioner of Correction and/or the Warden or Administrator | at the above facility and said Commissioner and/or Warden | or Administrator is hereby commanded to receive and keep said ORDER | defendant for the period fixed by said order or judgment of the | court or until legally discharged. |__________________________________________________________________ | SIGNED | | DATE SIGNED | RECEIVING FACILITY
| (Assistant | | | TIME STAMP
| Clerk) | By Order of | | | | the Court | 11-05-91 | _________|____________|________________|_____________| ACKNOWLEDGEMENT OF DELIVERY OF DEFENDANT | |
delivered said defendant into the custody of the | Commissioner of Correction and/or his agent and | left this mittimus with him. | _____________________________________________________| NAME AND LOCATION OF RECEIVING FACILITY | _____________________________________________________|_____________________ TITLE OF DELIVERING | SIGNATURE OF DELIVERING | SIGNATURE OF OFFICER | OFFICER | RECEIVING OFFICER ____________________|________________________________|_____________________
APPENDIX D
DATE: 10/01/1994 STATE OF CONNECTICUT PAGE: 1 DEPARTMENT OF CORRECTION
LOCATION: ROBINSON CI JURISDICTION: ROBINSON CI
SENTENCED TIME SHEET — DEFINITE SENTENCES
NAME: MARTINEZ, ANDRE NUMBER: 151369 DOCKET NUMBER: CONSECTIVE OFFENSE DATE: 11/05/1991 SENTENCE: 10 Y M D JC: 96 JCGT: 32 ESTIMATE DATE: 12/1998 ORDERED LOSS OF JCGT: 0 TIME SERVED: 0 AUTO-SGT: Y AUTO-7DAY: N DETAINER: NONE
 SENTENCE ID: 5 SENTENCE DATE: 11/05/1991 START DATE: 11/05/1991
CT Page 4725 7DAY: 95 SGT-CREDIT: 348 OMGT: 0 OMGT FORF: 0
POSTING DATE SEQUENCE LOCATION DAYS ENTRY NEW RLSE DATE 11/07/1991 01 OSBORN CCI 0 INITIAL ENTRY 11/04/2001 11/07/1991 02 OSBORN CCI 96 JAIL CREDIT 7/31/2001 11/07/1991 03 OSBORN CCI 32 JC GOODTIME 6/29/2001 12/01/1991 01 OSBORN CCI 8 SGT GRANT 6/21/2001 1/01/1992 01 GATES CCI 10 SGT GRANT 6/11/2001 _/01/1992 02 GATES CCI 3 7DAY GRANT 6/08/2001 2/01/1992 01 GATES CCI 10 SGT GRANT 5/29/2001 2/01/1992 02 GATES CCI 4 7DAY GRANT 5/25/2001 3/01/1992 01 GATES CCI 10 SGT GRANT 5/15/2001 3/01/1992 02 GATES CCI 4 7DAY GRANT 5/11/2001 4/01/1992 01 GATES CCI 10 SGT GRANT 5/01/2001 4/01/1992 02 GATES CCI 5 7DAY GRANT 4/26/2001 4/10/1992 01 GATES CCI 1 7DAY GRANT 4/25/2001 5/01/1992 01 CHESHIRE CC 10 SGT GRANT 4/15/2001 6/01/1992 01 ROBINSON CI 10 SGT GRANT 4/05/2001 7/01/1992 01 ROBINSON CI 10 SGT GRANT 3/26/2001 8/01/1992 01 ROBINSON CI 10 SGT GRANT 3/16/2001 9/01/1992 01 ROBINSON CI 10 SGT GRANT 3/06/2001 10/01/1992 01 ROBINSON CI 10 SGT GRANT 2/24/2001 11/01/1992 01 ROBINSON CI 10 SGT GRANT 2/14/2001 11/01/1992 02 ROBINSON CI 1 7DAY GRANT 2/13/2001 12/01/1992 01 ROBINSON CI 10 SGT GRANT 2/03/2001 12/01/1992 02 ROBINSON CI 5 7DAY GRANT 1/29/2001 1/01/1993 01 ROBINSON CI 10 SGT GRANT 1/19/2001 1/01/1993 02 ROBINSON CI 4 7DAY GRANT 1/15/2001 2/01/1993 01 ROBINSON CI 10 SGT GRANT 1/05/2001 2/01/1993 02 ROBINSON CI 5 7DAY GRANT 12/31/2000 _/01/1993 01 ROBINSON CI 10 SGT GRANT 12/21/2000 _/01/1993 02 ROBINSON CI 4 7DAY GRANT 12/17/2000 4/01/1993 01 ROBINSON CI 10 SGT GRANT 12/07/2000 4/01/1993 02 ROBINSON CI 4 7DAY GRANT 12/03/2000 5/01/1993 01 ROBINSON CI 10 SGT GRANT 11/23/2000 5/01/1993 02 ROBINSON CI 4 7DAY GRANT 11/19/2000 6/01/1993 01 ROBINSON CI 10 SGT GRANT 11/09/2000 6/01/1993 02 ROBINSON CI 5 7DAY GRANT 11/04/2000 7/01/1993 01 ROBINSON CI 10 SGT GRANT 10/25/2000 7/01/1993 02 ROBINSON CI 3 7DAY GRANT 10/22/2000 8/01/1993 01 ROBINSON CI 10 SGT GRANT 10/12/2000 8/01/1993 02 ROBINSON CI 4 7DAY GRANT 10/08/2000 9/01/1993 01 ROBINSON CI 10 SGT GRANT 9/28/2000 9/01/1993 02 ROBINSON CI 5 7DAY GRANT 9/23/2000 CT Page 4726 10/01/1993 01 ROBINSON CI 10 SGT GRANT 9/13/2000 10/01/1993 02 ROBINSON CI 4 7DAY GRANT 9/09/2000 11/01/1993 01 ROBINSON CI 10 SGT GRANT 8/30/2000 11/01/1993 02 ROBINSON CI 5 7DAY GRANT 8/25/2000 12/01/1993 01 ROBINSON CI 10 SGT GRANT 8/15/2000
COMMENTS
DATE: 10/01/1994 STATE OF CONNECTICUT PAGE: 2 DEPARTMENT OF CORRECTION
LOCATION: ROBINSON CI JURISDICTION: ROBINSON CI
SENTENCED TIME SHEET — DEFINITE SENTENCES
NAME: MARTINEZ, ANDRE NUMBER: 151369 SENTENCE ID: 5
POSTING DATE SEQUENCE LOCATION DAYS ENTRY NEW RLSE DATE 12/01/1993 02 ROBINSON CI 4 7DAY GRANT 8/11/2000 1/01/1994 01 ROBINSON CI 10 SGT GRANT 8/01/2000 1/01/1994 02 ROBINSON CI 4 7DAY GRANT 7/28/2000 2/01/1994 01 ROBINSON CI 10 SGT GRANT 7/18/2000 2/01/1994 02 ROBINSON CI 5 7DAY GRANT 7/13/2000 3/01/1994 01 ROBINSON CI 10 SGT GRANT 7/03/2000 3/01/1994 02 ROBINSON CI 4 7DAY GRANT 6/29/2000 4/01/1994 01 ROBINSON CI 10 SGT GRANT 6/19/2000 5/01/1994 01 ROBINSON CI 10 SGT GRANT 6/09/2000 5/20/1994 01 ROBINSON CI 4 7DAY GRANT 6/05/2000 6/01/1994 01 ROBINSON CI 10 SGT GRANT 5/26/2000 _/21/1994 01 ROBINSON CI 4 7DAY GRANT 5/22/2000 APRIL 7/01/1994 01 ROBINSON CI 10 SGT GRANT 5/12/2000 8/01/1994 01 ROBINSON CI 10 SGT GRANT 5/02/2000 8/15/1994 01 ROBINSON CI 90 FORFEIT SGT 7/31/2000 DATE OF OFF 7-31-94 9/01/1994 01 ROBINSON CI 10 SGT GRANT 7/21/2000 10/01/1994 01 ROBINSON CI 10 SGT GRANT 7/11/2000
COMMENTS